# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 2:25-CV-10934-BRM-JBC

Plaintiff:
**CHRISTOPHER COREMIN**

vs.

Defendant:
**425 SUMMIT OWNER LLC, et al.**

For:
Joseph Monaco, Esq.


STS2025043097

Received by STATUS, L.L.C. to be served on **ZDG, LLC, C/O CORPORATION SERVICE COMPANY, RA, PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES EWING BLVD, SUITE 160, EWING, NJ 08628**.

I, Sharon McCabe Villa, do hereby affirm that on the **19th day of June, 2025** at **1:39 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons, Complaint, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Johnnie Myers** as **Registered Agent** at the address of: **PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES EWING BLVD, SUITE 160, EWING, NJ 08628** on behalf of **ZDG, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 37, Sex: M, Race/Skin Color: Brown, Height: 6'0", Weight: 200, Hair: Bald, Glasses: Y

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

*[signature]*   06 / 19 / 2025

**Sharon McCabe Villa**

**Date**

**STATUS, L.L.C.**
**PO Box 370**
**Bayville, NJ 08721**
**(908) 688-1414**

Our Job Serial Number: STS-2025043097
Ref: NA
Service Fee: _____

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c

Doc ID: 80a68d9dce6ae2e730fa5b7c79a4b58979a351c9