

THE LAW OFFICES OF

**JOSEPH MONACO**

September 19, 2025

VIA ECF

Hon. James B. Clark, III
United States District Court of New Jersey
Court Room MLK 2A
50 Walnut Street
Newark, NJ 07102

Re:    Coremin v. 425 Summit et al
       Case No.: 2:25-cv-10934-BRM-JBC

Dear Judge Clark:

I represent the plaintiff in the above action.   I am writing with the consent of defense counsel to respectfully request an adjournment of the initial conference in this matter scheduled for September 25, 2025.

The reason for the adjournment is that I am leaving for a trip to Italy that day and will not be able to attend the conference.  In the interim, the parties are actively conducting depositions and will continue with that process.

I thank the Court in advance for its courtesy.

Respectfully,

*Joseph D. Monaco III*

Joseph D. Monaco, III

CC:    John J. Tambascia, Esq.

800 KINDERKAMACK ROAD, SUITE 202 SOUTH, ORADELL, NJ 07649
TELEPHONE (201) 210-8546  FACSIMILE (646) 807-4749
EMAIL jmonaco@monaco-law.com

*Admitted to Practice in NY & NJ*