UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------X

CHRISTOPHER COREMIN,

              Plaintiff,

     -against-

425 SUMMIT OWNER LLC, ZDG, LLC, JOHN
DOE 3-20 (fictitious Name), ABC
CORPORATION 3-20 (fictitious Name)

              Defendants.

------------------------------------------------------------------------X

**NOTICE OF
APPEARANCE**

Index No. 25-CV-10934-
BRM-JBC

To the Clerk of this Court and all parties of record:

      PLEASE ENTER the appearance of Jorge M. Franco of Pillinger Miller Tarallo, LLP

as Attorney to be Noticed in this case for Defendant ZDG, LLC

Dated:  Elmsford, New York
        November 7, 2025            Yours, etc.,

                   PILLINGER MILLER TARALLO, LLP

               By: *Jorge M. Franco*
                  JORGE M. FRANCO
                  Attorneys for Defendant
                  ZDG, LLC
                  555 Taxter Road, 5th Floor
                  Elmsford, NY 10523
                  (914) 703-6300
                  PMT File No.  NJ-ZDG-ZUR-00101/JMF

TO:   THE LAW OFFICES OF JOSEPH MONACO, P.C.
       Attorney for Plaintiff
       Christopher Coremin
       800 Kinderkamack Road
       Suite 202 South
       Oradell, New Jersey 07649
       (201) 210-8546

INDEX NO. 25-CV-10934-BRM-JBC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHRISTOPHER COREMIN,

       PLAINTIFF,

       -AGAINST-

425 SUMMIT OWNER LLC, ZDG, LLC, JOHN DOE 3-20 (FICTITIOUS NAME), ABC CORPORATION 3-20 (FICTITIOUS NAME)

       DEFENDANTS.

## NOTICE OF APPEARANCE

**PILLINGER MILLER TARALLO, LLP**
Attorneys for Defendant
ZDG, LLC
555 Taxter Road, 5th Floor
Elmsford, NY 10523
(914) 703-6300
NJ-ZDG-ZUR-00101/JMF

### CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. § 130-1. 1a

    Jorge M. Franco hereby certifies that, pursuant to 22 N.Y.C.R.R. § 130-1.1a, the foregoing NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT is neither frivolous nor frivolously presented.

Dated:  Elmsford, New York
       November 7, 2025

       *Jorge M. Franco*
       JORGE M. FRANCO

### PLEASE TAKE NOTICE

☐    that the within is a true copy of a       entered in the office of the clerk of the within named Court on

☐    that a       of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court at     , on at 9:30 a.m.

**PILLINGER MILLER TARALLO, LLP**
Attorneys for Defendant
ZDG, LLC
555 Taxter Road, 5th Floor
Elmsford, NY 10523
(914) 703-6300
PMT File No. NJ-ZDG-ZUR-00101/JMF

JMF/aml