**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER COREMIN, | : |
| | : DOCKET NO.:  2:25-cv-10934 –(BRM-JBC) |
| Plaintiffs, | : |
| | : CIVIL ACTION |
| vs. | : |
| | : **NOTICE OF APPEARANCE** |
| 425 SUMMIT OWNER LLC, ZDG, LLC, | : |
| JOHN DOE 3 – 20 (fictitious Name), ABC | : |
| CORPORATIONS 3 – 20 (fictitious Name) | : |
| | : |
| | : |
| Defendants. | : |
| | : |

**PLEASE TAKE NOTICE** that William D. Deveau, Esq. of Tanenbaum Keale LLP hereby enters an appearance as counsel for defendants 425 Summit Owner LLC.  Catherine G. Bryan remains lead counsel in this matter.

Dated:    February 18, 2026

*s/William D. Deveau, Esq.*

William D. Deveau, Esq.

**Tanenbaum Keale LLP**
Three Gateway Center, Suite 1301
100 Mulberry Street
Newark, New Jersey 07102
wdeveau@tktrial.com

*Attorneys for 425 Summit Owner LLC*