# TANENBAUM KEALE LLP
*Attorneys at Law*

*ORDER*

February 18, 2026

**Catherine G. Bryan**
cbryan@tktrial.com
973.286.4383

***VIA CM/ECF***
Hon. James B. Clark, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:** ***Christopher Coremin, v. 425 Summit Owner LLC, et al.***
> **Civil Action No. 2:25-cv-10934-BRM-JBC**

Dear Judge Clark:

This office represents 425 Summit Owner LLC and ZDG, LLC (hereinafter "Defendants") in the above-referenced matter. Please accept this letter as the Parties' update with respect to the status of discovery in this matter in advance of the February 23, 2026 call with the Court.

Plaintiff has served his Fed. R. Civ. P. 26 disclosures and served discovery demands on defendants. This office substituted in for ZDG, LLC on January 26, 2026 and for 425 Summit Owner LLC on February 11, 2026. On February 9, 2026, this office served discovery requests on Plaintiff's counsel after learning prior defense counsel had not done so by the January 7, 2026 deadline outlined in the Pretrial Scheduling Order. During the meet and confer with plaintiff's counsel on February 18, 2026, in order to submit this letter, this office was advised that prior defense counsel did not submit R. 26 disclosures. This office will work to submit same as soon as possible. Defendants are also currently in the process of responding to Plaintiff's discovery requests which were outstanding at the time this office substituted in for defendants.

The parties are diligently working together to complete discovery. Counsel for all parties respectfully requests that all discovery deadlines be extended by 120 days.

We look forward to discussing this matter with the Court on February 23, 2026.

t 973.242-0002 | f 973.242.8099
Three Gateway Center, Suite 1301
100 Mulberry Street
Newark, New Jersey 07102
www.TKTrial.com



T A N E N B A U M   K E A L E   L L P

*Christopher Coremin v. 425 Summit Owner LLC, et al.*
February 18, 2026
Page 2

Respectfully submitted,

**TANENBAUM KEALE LLP**
Counsel for 425 Summit Owner LLC and ZDG, LLC

*/s/ Catherine G. Bryan*

Catherine G. Bryan

*All discovery deadlines are hereby extended by **sixty (60) days**.

*The February 23, 2026 telephone conference is adjourned to **April 30, 2026 at 12:30 PM**.

**SO ORDERED**

*s/James B. Clark, III*
James B. Clark, III, USMJ

Dated: 2/23/2026