**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |
|---|
| CHRISTOPHER COREMIN, |
| Plaintiffs, |
| vs. |
| 425 SUMMIT OWNER LLC, ZDG, LLC, JOHN DOE 3 – 20 (fictitious Name), ABC CORPORATIONS 3 – 20 (fictitious Name) |
| Defendants. |

Civil Action No.: 2:25-CV-10934 – (BRM-JBC)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Patrick L. O'Hara, Esq. of Tanenbaum Keale LLP hereby enters an appearance as counsel for defendants 425 Summit Owner LLC and ZDG, LLC. Catherine G. Bryan remains lead counsel in this matter.

Date: February 26, 2026

*s/Patrick L. O'Hara*

Patrick L. O'Hara, Esq.

**Tanenbaum Keale LLP**
Three Gateway Center, Suite 1301
100 Mulberry Street
Newark, New Jersey 07102
pohara@tktrial.com
*Attorneys for 425 Summit Owner LLC and ZDG, LLC*